UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROSE SHUMOW, as Personal Representative of the Estate of MOSES SHUMOW,<br><br>*Plaintiff*<br><br>v.<br><br>KEOLIS COMMUTER SERVICES, LLC., MASSACHUSETTS BAY TRANSPORTATION AUTHORITY, NATHAN DROWN, and CITY OF BEVERLY,<br><br>*Defendants* | C.A. NO. 1:22-cv-11623 |

NOTICE OF APPEAL

Notice is hereby given that the Plaintiff in the above-captioned case, Rose Shumow, having been aggrieved by certain rulings of this Court, hereby appeals to the United States Court of Appeals for the First Circuit from an order allowing summary judgment as to all defendants entered in this action on the 31st day of March 2025.

Respectfully Submitted,

/s/ *Austin J. Freeley*

Austin J. Freeley, Esq.
Law Office of Austin J. Freeley
BBO# 563349
171 Milk Street
Boston, MA 02109
(617) 723-9538
Freeleybostonlaw@gmail.com

Dated: April 30, 2025

CERTIFICATE OF SERVICE

    I, Austin J. Freeley, hereby certify that I have caused a copy of the within documents to be served upon Mathew Hamel, Esq. @ mhamel@piercedavis.com, and Jennifer Lee, Esq. @ Jennifer.lee@bonistalli-lee.com by electronic mail this 30th day of April 2025.

/*s/ Austin J. Freeley*
Austin J. Freeley